Hon Audrey Fleissig
US District Judge
111 S. 10th St
St Louis, MO 63102

9-25-14

███████, AZ

Dear Judge Fleissig,

My mother ███████ was a victim of Sabahaddin Akman and Ozkan Semizoglu so it is very important to me that you understand what they did to her. If not for their callous disregard for human life my mother would not have suffered such a terrible death. Her life ended prematurely because the chemotherapy was replaced with their "product." While they were indeed responsible for snuffing out a beautiful woman I would like to emphasize the horrific nature of her death to illustrate how I feel about the sentence they will receive. On August 26th 2011 I felt compelled to go straight to her house instead of work - I played hookie so we could share a cup of coffee - we did just that! This is the most difficult letter I've ever ~~feed~~ written so please bear with me. My mom began to cough and got up from the kitchen table - she made it to the sink where she doubled over in pain and began vomiting blood. Her face was contorted in pain and she struggled to hold herself up. I yelled at my step Dad ███ to call 911 but anyone could see she was dying. She lost more blood and then managed to turn and give us one last look.

GOVERNMENT EXHIBIT 1

She looked out the kitchen window and collapsed completely in my arms. I lowered her to the floor and cradled her head - she was looking back at me with lifeless eyes. I gave her a rescue breath and realized blood was still hemorging up out of her throat so I tried clearing her airway - it was like dipping my fingers in warm soup. I gave her chest compressions but was not effective as there was very little blood left in her system to circulate. The sink, countertop and floor looked like a slaughter house. She died on the hard kitchen floor on what turned out to be the hottest day of the year. She was rushed to the ER but never revived. The firefighters stayed behind and cleaned up the mess but we smelled the odor of her blood when we returned that night. ████ deserved more time with her family and friends. She deserved a better way of passing too. Please look carefully at the photograph of my mother - it's not always the one I think of when she crosses my mind. Sometimes it's the painful look she gave me when she looked up from the sink full of blood. It was the last time I looked into my mother's terrified eyes. Judge Fleissig please give Sabahaddin Akman and Ozkan Semizoglu a taste of what the United States judicial system does to those who prey on our citizens.

Thank you and warmest regards, ████



Rest In Peace Mom!

RECEIVED
U.S. ATTORNEY'S OFFICE
ST. LOUIS, MISSOURI
2014 SEP 11 AM 12: 13

IN REGUARDS TO ▓▓▓▓▓   9-6-2014

Dear Hon. Audrey G. Fleissig,

For what this letter is worth, the death of Mrs. ▓▓▓▓▓ has affected my dad ▓▓▓▓▓ beyond what words can describe. He is a lonely 81 year old man who misses his wife terribly. Nobody should have to go through a death as violent as ▓▓▓▓▓.

As ▓▓▓▓▓ was recieving the counterfeit Chemo Drug, it put her body into violent shakes. Nobody knew what was happening. She had been doing so well, managing her illness. When your wife dies in front of you vomiting lots and lots of blood that vision never goes away.

Her death did not come as a complete shock, she eventually was going to succumb to her disease. Its just not fair that the precious days or months she had left were taken from her beyond her control.

How somebody could do this to another human being who was fighting for her life to make an extra almighty buck is just outright incomprehensible. What if it was your Mother?

With the death of ▓▓▓▓▓ you could say that they took the life from my dad also. He is not the same man anymore and everyday is a challenge for him. With that being said her death has affected me because I'm ▓▓▓▓▓ Daughter ▓▓▓▓▓


RECEIVED
U.S. ATTORNEY'S OFFICE
ST. LOUIS, MISSOURI

2014 SEP 11 AM 11:09

9/6/2014


██████████ Ave
Ft Worth, TX ████

The Honorable Audrey G. Fleissig
United States District Judge
Eastern District of Missouri
United States District Court
111 South Tenth Street
St Louis, MO 63102

**Honorable Judge Fleissig,**

My precious step-mother ████████ had her life reduced due in part to the despicable greed of two men who sold counterfeit chemo drugs which were administered to her. These two men are due to be sentenced in your court in the next 60-90 days.

████ was a woman full of faith and love and always showed me kindness and respect. She is missed deeply every day especially on those days I talk with my dad and hear of his loneliness and sadness as he misses his dear wife of 16 years. They had a wonderful marriage that was filled with travel and friendship. They loved each other deeply and enjoyed life together.

████ was instrumental in reconciling my relationship with my dad in 2006 after we had a falling out and without her persistent and gentle encouragement I may not have spoken to my dad again. We now have a renewed relationship which has fostered several visits and many intimate talks. I only wish she were still here so I could thank her again for all she did for us.

████ was a fighter and her cancer was responding to the early treatments of chemo. We all had high hopes the chemo treatment was going to heal her but for unknown reasons the cancer stopped responding to the treatments and began to grow. Finally the tumor ruptured while she was washing dishes after breakfast. My dad still has the shocking memory of her face as she turned to look at him and fell to the floor. He has told the story over and over as it still haunts him.

Could it be that the tumor stopped responding because the chemo treatments were real at first but then counterfeit later on? I hope you will take all of this into consideration as you administer justice to those who were seeking to capitalize on selling this bacteria-filled water in lieu of real chemo.

Sincerely,



Aerospace Engineer

The Honorable Audrey G. Fleissig
United States District Judge
Eastern District of Missouri
United States District Court
111 South Tenth Street
St. Louis, MO 63102

RECEIVED
U.S. ATTORNEY'S OFFICE
ST. LOUIS, MISSOURI

2014 OCT -3 PM 12: 19

September 15, 2014

Your Honor,

I am writing to you today in reference to ▮▮▮▮▮▮, whose life was taken early by two men selling counterfeit chemotherapy.

▮▮▮▮▮▮ was my aunt and was the last member of her generation left in my family. She was a strong guide and light for all of us. ▮▮▮ showed tremendous courage in the face of her cancer and decided it was not going to stop her from living and she continued with her life as normally as her cancer treatments would allow. She continued to travel and to be very involved in her family's activities. She ran her household and was active in her church and her community. She was determined to squeeze as much into each and every day as she could.

▮▮▮ would have continued her fight with cancer with dignity and grace had she not been given the counterfeit chemotherapy. Of course, we have no way of knowing how much longer she might have lived, but her life was undeniably cut short due to this.

I miss my aunt and being able to talk to her, to ask her advice in parenting, in relationships, in life. I miss her contagious laugh and her optimistic attitude. I know she was a pillar for a great many people – both in my family and in her community. She was well respected and loved, having been a teacher for many, many years. She was a business woman and owned many rental properties and part of a feed store. Her tenants were affected by her passing. Her business partner at the feed store was affected by her passing. Her family was undoubtedly affected by her passing, and judging by the turnout and the personal remembrances given at her funeral, much of her community were deeply touched and saddened by her passing.

I urge you to take into consideration ▮▮▮▮▮▮ life and the way that it was cut short by these men looking to make a profit on people's hardships and illnesses. I cannot think of many more despicable actions and motives than what they have displayed. I trust that you will sentence them appropriately.

With Respect,